**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BAKER, HEATHER L. | : | BANKRUPTCY NO. 17-24312-CMB |
| | : | |
| | : | Chapter 7 |
| | : | |

**************************************************************************

# RESCHEDULED §341 MEETING NOTICE

   THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE DATE, TIME AND LOCATION LISTED BELOW;

## February 2nd, 2018 AT 10:00 a.m.
## WESTMORELAND COUNTY COURTHOUSE
## COMMISSIONER'S HEARING ROOM #1
## GREENSBURG PA 15601

   FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.

Dated: December 13, 2017            By:

                                     /s/James R. Walsh, Trustee
                                    James R. Walsh, Trustee
                                    Pa. ID. # 27901
                                    1067 Menoher Blvd.
                                    Johnstown, PA  15905
                                    Phone: 1-(814) 536-0735
                                    Fax: 1-(814) 539-1423
                                    JWalsh@spencecuster.com