# PROCEEDING MEMO

**Date:** 01/18/2018 01:30 pm

**In re:** Heather L. Baker

Bankruptcy No. 17-24312-CMB
Chapter: 7
Doc. # 16

**Appearances:**

**Movant(s):** James Warmbrodt, Esq. for Bank of America ✓

**Respondent(s):** Brian P. Cavanaugh, Esq. for Debtor

**Creditor(s):**

**Nature of Proceeding:** # 16 Motion for Relief from Stay re: 2016 KIA RIO (Vehicle)

**Additional Pleadings:** #17 Notice of Hearing
CNO ~~not filed~~ filed late

**Judge's Notes:**

**Outcome:**

✓ Motion is GRANTED ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:   Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**
JAN 18 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA