UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather L. Baker fka Heather L. Lauffer<br>            Debtor(s) | |
| BANK OF AMERICA, N.A.,<br>            Movant<br>       v.<br>Heather L. Baker fka Heather L. Lauffer<br>            Respondent(s)<br>       and<br>James R. Walsh Esq., Trustee<br>            Additional Respondent | BK. NO. 17-24312 CMB<br><br>CHAPTER 7<br>Related to Docket # 16 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 18th day of January, 2018, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified to permit Bank of America, N.A., in title to take possession and sell, lease, and otherwise dispose of the 2016 KIA RIO, ("Vehicle"), bearing a VIN #KNADM4A35G6659010.

_____
United States Bankruptcy Judge

FILED
JAN 18 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 17-24312-CMB
Heather L. Baker                                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw              Page 1 of 1              Date Rcvd: Jan 19, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
db             +Heather L. Baker,   122 Madison Avenue #2,   Greensburg, PA 15601-2750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
      Brian P. Cavanaugh    on behalf of Debtor Heather L. Baker bcavanaugh@greensburglaw.com, kwahl@greensburglaw.com
      James Warmbrodt    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
      James R. Walsh    jwalsh@spencecuster.com, trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                                                 TOTAL: 4